Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Paul S. Chan - State Bar No. 183406
    pchan@birdmarella.com
Alexander H. Tran - State Bar No. 338940
    atran@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Delinea Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DELINEA INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAVIYNT, INC.; PATRICK WADLAND, an individual, and DOES 1-20,<br><br>             Defendants. | CASE NO. 2:25-cv-09040-SVW-AYPx<br>Judge:  Stephen V. Wilson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently with [Proposed] Order Granting Stipulation of Dismissal With Prejudice*]<br><br>Action Filed: Sept. 23, 2025 |

---

STIPULATION OF DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties having reached an agreement to settle this action, it is hereby STIPULATED and agreed by and between the Parties and their respective counsel that the above-captioned action and all claims asserted therein are voluntarily dismissed, with prejudice, against Defendants Saviynt, Inc. and Patrick A. Wadland pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties bearing their respective costs, expenses, and fees.

DATED:  March 16, 2026          Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP

By:  ___/s/ Ekwan E. Rhow___
Ekwan E. Rhow
Attorneys for Plaintiff Delinea Inc.

DATED:  March 16, 2026          Gibson, Dunn & Crutcher LLP

By:  ___/s/ via email authorization___
Angelique Kaounis
Attorneys for Defendant Saviynt, Inc.

DATED:  March 16, 2026          Waymaker LLP

By:  ___/s/ via email authorization___
Scott Malzahn
Attorneys for Defendant Patrick A. Wadland

2

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 16, 2026

Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP


By: _____
      */s/ Ekwan E. Rhow*
      Ekwan E. Rhow
      Attorneys for Plaintiff Delinea Inc.