JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DELINEA INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAVIYNT, INC.; PATRICK WADLAND, an individual, and DOES 1-20,<br><br>       Defendants. | CASE NO. 2:25-cv-09040-SVW-AYPx<br><br>Judge:  Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Filed Concurrently with Stipulation of Dismissal with Prejudice*]<br><br>Action Filed: Sept. 23, 2025 |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On March 16, 2026, Plaintiff Delinea Inc. and Defendants Saviynt, Inc. and Patrick A. Wadland filed a Stipulation of Dismissal with Prejudice ("Stipulation"), seeking to dismiss the above-captioned action and all claims asserted therein with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Court, having considered the Parties' Stipulation, and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The above-captioned action is dismissed in its entirety with prejudice as to all of Plaintiff Delinea Inc.'s claims asserted against Defendants Saviynt, Inc. and Patrick A. Wadland; and

2.    Each party shall bear their respective costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Hon. Stephen V. Wilson
United States District Judge

2